FILED & JUDGMENT ENTERED
David E. Weich

Jul 23 2008

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

---------------------------------------------------------- x
In re                                                     :
                                                          :   Chapter 11
INTERNATIONAL HOME FASHIONS, INC.,                        :
                                                          :   Case No. 08-10434 (GRH)
                                        Debtor.           :
                                                          :
                                                          :
---------------------------------------------------------- x

**ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ARENT FOX LLP
AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon the Application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of International Home Fashions, Inc. (the "Debtor"), for entry of an order authorizing the employment and retention of Arent Fox LLP ("Arent Fox") as counsel to the Committee pursuant to Sections 327, 328 and 1103(a) of Title 11 of the United States Code §§ 101 *et seq.* (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Bankruptcy Rule 2016-1 of the Local Bankruptcy Rules for the Western District of North Carolina (the "Local Bankruptcy Rules"); and upon the Affidavit of Andrew I. Silfen in support thereof ("Silfen Affidavit"); and it

-2-

appearing that Arent Fox represents no interest adverse to the Debtor's estate, the Committee or the Debtor's creditors with respect to the matters for which Arent Fox is to be engaged, and that Arent Fox is a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code; and the employment and retention of Arent Fox being necessary and in the best interests of the Debtor's estate, and good and adequate notice of the Application having been given, and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that pursuant to Sections 327, 328(a) and 1103(a) of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016, the Committee is hereby authorized and empowered to employ and retain Arent Fox as its counsel on the terms and conditions set forth in the Application and the Silfen Affidavit; and it is further

ORDERED, that compensation and reimbursement of expenses to be paid to Arent Fox shall be paid as an administrative expense of the Debtor's estate in such amounts as shall be allowed and determined upon appropriate application to the Court pursuant to Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and all orders and such other procedures as may be fixed by this Court.

This Order has been signed electronically.  The Judge's
signature and the court's seal appear at the top of the
Order.

United States Bankruptcy Court